No. 73–5181. WILLIAMS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 73–5232. THOMAS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 73–5251. BRYDEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5299. ENGLAND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5315. NEWLAND *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5322. BAMBERGER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5323. MILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5325. ELEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5342. MAYS *v.* WARNER, SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 73–5346. MABERRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5349. RUSSO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5355. ELLSWORTH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.